# Palmetto Surety Corporation
## GENERAL POWER OF ATTORNEY
### HOME OFFICE IN MOUNT PLEASANT, SOUTH CAROLINA

No. JJ13734

Know all men by these presents Palmetto Surety Corporation, a South Carolina Corporation, having its principal office in the City of Charleston, County of Charleston, State of South Carolina, pursuant to the following duly adopted By-Laws by its Board of Directors which are now in full force and effect, to wit:

"The President or any officer of the company shall have power and authority to appoint Attorneys-In-Fact, and authorize them to execute, on behalf of the Company, bonds and undertakings, recognizance, contracts of indemnity, and other writings obligatory in the nature thereof, and he may at any time in his judgment remove any such appointees and revoke the authority given them."

Has made, constituted and appointed and by these presents does make, constitute and appoint, subject to provisions and limitations herein set forth.

Tammy Waldrop of Lexington County, South Carolina

It's true and lawful agent and attorney-in-fact to make, execute, seal and deliver as surety, and as its act and deed, BAIL BONDS and recognizance only. The authority of such Attorney-In-Fact is limited to BAIL BONDS, and cannot be construed to guarantee for failure to provide payments, back alimony payments, fines or wage law claims, in penalty not to exceed ON ANY ONE RISK

$***One Million Dollars And Zero Cents ($1,000,000.00)***
$1,000,000.00

Appointment of agent to execute bond, does not authorize him to act as agent for service of process in any criminal or civil action.

**ALL BAIL BONDS AND RECOGNIZANCES MUST BE ACCOMPANIED BY AN INDIVIDUAL, NUMBERED POWER OF ATTORNEY PROPERLY EXECUTED.**

**(Specimen copy of said numbered power attached hereto)**

And the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Company as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Charleston, South Carolina, in their own proper persons. IN WITNESS WHEREOF, Palmetto Surety Corporation has caused these presents to be signed by its duly authorized officer.

And its corporate seal to be hereunto affixed this 23rd day of May, 2024 A.D.,

PALMETTO SURETY CORPORATION

President

STATE OF SOUTH CAROLINA } SS:
COUNTY OF CHARLESTON }

On this 23rd day of May, 2024 A.D., _____, before the subscriber, a Notary Public of the State of South Carolina, in and for the County of Charleston, duly commissioned and qualified, came Scott Willis, President, of Palmetto Surety Corporation to be personally known to be the individual and officer described in, and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposed and said that he is the officer of the said Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and the said Corporate Seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation, and that the By-Laws of said Company, referred to in the preceding instrument are now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Official Seal at the City of Charleston the day and year First above written.

My commission expires

Joanne M Maestas
Notary Public, State of South Carolina
My Commission Expires Sept. 28, 2031

Notary Public

A TRUE COPY

This Authority not valid unless it has been countersigned by above appointed agent and attorney-in-fact.

Lex. Co. C.C.C.P., G.S. & F.C.

Agent and Attorney-In-Fact